**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Marvin Daniel Veliz Romero
                Petitioner

                                                    CIVIL ACTION

            V.
                                                    NO.  1:26-cv-10454-ADB


Antone Moniz et al
                Respondents


**ORDER OF DISMISSAL**


Burroughs, D. J.


        In accordance with the Court's Electronic Order dated April 1, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.


                                                    By the Court,


April 1, 2026                                       /s/Caetlin McManus
        Date                                        Deputy Clerk